FILED

2026 Jun-11  PM 02:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRAVIS SENTEL PICKENS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-01987-RDP-HNJ** |
| | ) | |
| **YES CARE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on May 11, 2026, recommending the court dismiss Plaintiff Travis Sentel Pickens' 2023 claim against Yes Care under 28 U.S.C. § 1915A(b)(1) for Plaintiff's failure to state a claim and transfer Plaintiff's 2025 claim against Yes Care related to events at the Holman Correctional Facility to the United States District Court for the Southern District of Alabama under 28 U.S.C. §§ 1404(a) and 1406(a) for all further proceedings. (Doc. # 9). Although the Magistrate Judge advised Plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, Plaintiff's 2023 claim against Yes Care is due to be dismissed without prejudice under 28 U.S.C. § 1915A(b)(1) for Plaintiff's failure to state a claim and Plaintiff's 2025 claim against Yes Care is due to be transferred to the United States District Court for the Southern District of Alabama under 28 U.S.C. §§ 1404(a) and 1406(a) for all further proceedings. A final judgment will be entered.

**DONE** and **ORDERED** this June 11, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE